

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name: Janice Barr Ewers, as Independent Administrator, and in her Individual Capacity v. Joseph Fauth, III and Prentice Cooper

Appellate case number: 01-21-00331-CV

Trial court case number: 483323

Trial court: Probate Court No. 2 of Harris County, Texas

Appellant, Janice Barr Ewers, as Independent Administrator, and in her Individual Capacity, has filed a Second Unopposed Motion for Extension of Time to File her Reply Brief. *See* TEX. R. APP. P. 38.6(d); *see also id.* 10.5(b). The motion is **granted**, and the time to file appellant's reply brief is extended to **May 20, 2022.**

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                                            Acting individually

Date: April 19, 2022